UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
ERICK ELIZONDO,                                            :
:
                      Plaintiff,        :
:          21-CV-7928 (VSB)
       -against-                                :
:          **ORDER**
SELINA OPERATIONS US CORPORATION, :
:
                     Defendant.     :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       On December 28, 2021, the parties filed a proposed case management plan in which they indicated that they consented to have this action proceed before a United States Magistrate Judge in all respects.  (Doc. 10.)  Accordingly, on December 29, 2021, I entered an order reminding the parties that they must file the appropriate form to give notice of their consent.  (Doc. 12.)  To date, the parties have not filed the appropriate form.  Accordingly, it is hereby

       ORDERED that by January 14, 2022, the parties must file the appropriate consent form to proceed before a Untied States Magistrate Judge.  Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     January 10, 2022
             New York, New York                         _____
                                                                  VERNON S. BRODERICK
                                                                   United States District Judge