# DANNY GRACE PLLC
### ATTORNEYS AND COUNSELORS AT LAW

Writer's email: yuting@dannygracepc.com
Writer Admitted in: New York; United States District Court, Southern and Eastern Districts of New York

225 BROADWAY, SUITE 1200
NEW YORK, NY 10007
516.748-9848
718.732-2821 FAX

Hon. Vernon S. Broderick
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Erick Elizondo v Selina Operations US Corporation.*, 1:21-cv-07928-VSB/GWG

Dear Judge Broderick:

We represent Plaintiff in the above-referenced matter and write this letter to make joint request on behalf of the Parties.

This action has been referred to mediation to this Court-annexed Mediation Program [ECF #22]. Currently, the Parties are in the process of setting a mediation date. Thus, the Parties respectfully make a joint request to adjourn the Post-Discovery Conference (hereafter, "Conference") which is currently set for Tursday, June 23, 2022 at 11:00 a.m.[ECF # 19]. This is the first joint request to adjourn this Conference.The Parties respectfully request the Conference be adjourned *sine die* until after the Parties have completed the above-mentioned mediation.

Thank you in advance for the Court's courtesy.

Dated:   June 15, 2022

Respectfully Submitted,

_____/S/_____
Yuting Li, Esq
Danny Grace PLLC
225 Broadway, Suite1200
New York, NY 10007
(516) 478-9848

*Attorneys for Plaintiff Erick Elizondo*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  06/17/22

The post-discovery conference is CANCELLED. By June 24, 2022, the parties must file a letter stating when they expect mediation to be complete, along with a proposed amended case management plan. The parties should use the case management plan template available on my webpage on the Court's website.

cc: *via ECF*

       /s/
Peter G. Sicahos, Esq
Gordon & Rees, LLP
One Battery Park Plaza
38th Floor
New York, NY 10004

*Concosel for Defendant*