UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ERICK ELIZONDO,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :         21-CV-7928 (VSB)
              -against-                                     :
                                                            :         **ORDER**
SELINA OPERATIONS US CORPORATION,                           :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On June 17, 2022, I granted the parties' request to adjourn the post-discovery conference scheduled in this matter in light of ongoing mediation, and I ordered that, "[b]y June 24, 2022, the parties must file a letter stating when they expect mediation to be complete, along with a proposed amended case management plan." (Doc. 26.) That deadline has passed. However, the parties have not filed either of the documents called for by my prior order. Accordingly, it is hereby

ORDERED that by June 30, 2022, the parties must file the documents called for by my June 17, 2022 order. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).[1]

SO ORDERED.

Dated:    June 27, 2022
          New York, New York

          _____
          VERNON S. BRODERICK
          United States District Judge

---

[1] This is the second time I have had to enter an order in this action because the parties failed to comply with a filing deadline set by a prior order. (*See* Doc. 13.) The parties should carefully review their workflow processes to ensure that they do not further fail to timely comply with deadlines.