UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
            :
ERICK ELIZONDO,           :
            :
          Plaintiff,   :
            :     21-CV-7928(VSB)
     -against-      :
            :     **ORDER**
SELINA OPERATIONS US    :
CORPORATION,           :
            :
         Defendant.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       In light of the parties' request to extend the discovery deadline from September 9, 2022 to October 10, 2022, (Doc. 33), it is hereby:

       ORDERED that the post-discovery conference scheduled for September 23, 2022 is adjourned.

       IT IS FURTHER ORDERED that the parties submit a joint letter on October 11, 2022 regarding the status of discovery and any settlement negotiations.

SO ORDERED.

Dated:  September 15, 2022
        New York, New York

                                     Vernon S. Broderick
                                     United States District Judge