**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ERICK ELIZONDO,

                Plaintiff,

        v.

SELINA OPERATIONS US CORPORATION,

                Defendant.

Case No.  21-cv-7928 (VSB) (GWG)

**STIPULATION OF DISMISSAL**
**With Prejudice**

       **IT IS HEREBY STIUPLATED AND AGREED**, by and between the undersigned that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-entitled action is, and all causes of action asserted therein be dismissed with prejudice, with each party to bear their own costs, disbursements and attorneys' fees.

       **IT IS FURTHER STIPULATED AND AGREED** that an electronic signature shall be deemed as an original.

Dated: New York, New York
      January 17, 2023

_____
  Yuting Li, Esq.
Danny Grace PLLC
225 Broadway, Suite 1200
New York, New York 10007
*Attorneys for Plaintiff*

_____
         /S/
  Jeremi Chylinski, Esq.
Gordon Rees Scully Mansukhani, LLP
One Battery Park Plaza, 28th FL
New York, New York 10004
*Attorneys for Defendant*

**SO ORDERED:**  01/19/2023

_____
**HON. VERNON S. BRODERICK**
**UNITED STATES DISTRICT JUDGE**